**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ERVIN MIDDLETON, JR.,

Plaintiff

v.

HENDERSON MUNICIPAL COURT,

Defendant

Case No.: 2:26-cv-02996-APG-BNW

**Order Dismissing Case as Duplicative**

Ervin Middleton, Jr. filed papers to initiate a lawsuit. ECF No. 1. The clerk of court opened two files: this case and Case No. 2:26-cv-02995. They are duplicative of each other and Middleton acknowledges that. ECF No. 1-3.

I THEREFORE ORDER that this case is dismissed without prejudice. The clerk of court is directed to close this file.

DATED this 13th day of November, 2026.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE